IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:18-CV-17-WKW |
| ) | [WO] |
| TIMOTHY J. REEVES, ) | |
| ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, final judgment is ENTERED against Defendant Timothy J. Reeves in the amount of $346,811.98 as of May 4, 2018, plus statutory interest that continues to accrue.

DONE this 21st day of May, 2018.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE